IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOSEPH R. O'NEILL, | ) | CIVIL 07-00102DAE-KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. PARKER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE'S<br>FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on May 2, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 25, 2007.

_____
David Alan Ezra
United States District Judge